PAUL G. LIISTRO ET AL. *v.* THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF NEWINGTON ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*I. Milton Widem,* in support of the petition.
*Wesley W. Horton,* in opposition.